In the Matter of the Complaint of BOCA GRANDE CLUB, INC., for exoneration from or limitation of liability as owner of a 16' Prindle catamaran sailing vessel hull no. SUR06214M82E, Plaintiff–Counterclaim Defendant–Counterclaim Plaintiff–Appellee,

v.

Alan POLACKWICH, Robert Polackwich, Jonathan Richards, Alphonsus J. Polackwich and Eleanor A. Polackwich, Defendants–Counterclaim Plaintiffs,

Stephanie Polackwich, as personal representative of the Estate of Jonathan Richards, Defendant–Counterclaim Plaintiff–Crossclaim Defendant,

O'Day Corporation, Defendant–Counterclaim Plaintiff–Crossclaim Plaintiff–Crossclaim Defendant,

Florida Power & Light Company, Inc., Defendant–Counterclaim Plaintiff–Crossclaim Defendant–Crossclaim Plaintiff–Counterclaim Defendant–Appellant.

No. 92–2391.

United States Court of Appeals, Eleventh Circuit.

July 12, 1994.

Stuart C. Markman, Kynes & Markman, Tampa, FL, for appellant.

Jack C. Rinard, David F. Pope, Tampa, FL, for appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, Chief Judge, CARNES, Circuit Judge, and BRIGHT *, Senior Circuit Judge.

* Honorable Myron H. Bright, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designa-

PER CURIAM:

In light of the Supreme Court's holding in this case, *Boca Grande Club, Inc. v. Florida Power & Light Co., Inc.,* —— U.S. ——, 114 S.Ct. 1472, 128 L.Ed.2d 165 (1994), that "actions for contribution against settling defendants are neither necessary nor permitted," we find that Florida Power & Light may not pursue its claim for contribution against Boca Grande Club, Inc. ("Boca Grande"). Accordingly, we AFFIRM the district court's grant of summary judgment in favor of Boca Grande.

IT IS SO ORDERED.